# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148157

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JOHN JAAKKOLA,
        Plaintiff-Appellant,

v

CRIME VICTIM SERVICES
COMMISSION,
        Defendant-Appellee.

SC: 148157
COA: 315122
Crime Victim Services
Commission: 00-121282

_____/

      On order of the Court, the application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



p0616

Clerk